UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No: 4:18-cv-158-D

ROBERT PETERSON, an individual, and
HAD TO HAVE IT, LLC, a Delaware limited
liability company,

       Plaintiffs,

v.

HATTERAS/CABO YACHTS, LLC, a
Delaware limited liability company,

       Defendant.

**ORDER GRANTING TRAVELERS
PROPERTY CASUALTY COMPANY'S
MOTION FOR LEAVE TO FILE
COMPLAINT-IN-INTERVENTION**

THIS MATTER, came before the Honorable James C. Dever, III on Travelers Property

Casualty Company's Motion for Leave to file Complaint-in-Intervention.

This Court, having reviewed the motion and submissions of the parties, hereby **GRANTS**

Travelers Property Casualty Company's Motion for Leave to File Complaint-in-Intervention.

Travelers Property Casualty Company shall file its Complaint-in-Intervention within ten

(10) days of the date of this Order.

SO ORDERED. This ⏐ day of November 2019.

JAMES C. DEVER III
United States District Judge