# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

Case No. 4:18-cv-00158-D

ROBERT PETERSON, an individual, and HAD TO HAVE IT, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

HATTERAS/CABO YACHTS, LLC, a Delaware limited liability company,

    Defendant.

**ORDER**

Upon consideration of Plaintiffs Robert Peterson and Had to Have It, LLC (collectively, "Plaintiffs"), Defendant Hatteras/Cabo Yachts, LLC ("Hatteras"), and Plaintiff-in-Intervention Travelers Property Casualty Company of America's ("Travelers") joint motion for entry of briefing schedule, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED and the following deadlines shall apply:

1. Plaintiffs shall file a motion for leave to file amended complaint with supporting memorandum by May 27, 2021.

2. Hatteras and Travelers shall file its responsive memorandum to the motion for leave to file amended complaint by June 17, 2021.

3. If needed, Plaintiffs shall file a reply memorandum in support of the motion by July 1, 2021.

4. Within two weeks after the Court rules on the motion, the parties shall submit a proposed modified scheduling order.

SO ORDERED, this \_\_\_17\_\_\_ day of May, 2021.

                                                JAMES C. DEVER III
                                              United States District Judge