**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**

Case No. 4:18-cv-00158

| | |
|---|---|
| ROBERT PETERSON, an individual, and HAD TO HAVE IT, LLC, a Delaware limited liability company,<br><br>    Plaintiffs,<br><br>v.<br><br>HATTERAS/CABO YACHTS, LLC, a Delaware limited liability company,<br><br>    Defendant. | **ORDER** |

Upon consideration of Plaintiffs Robert Peterson and Had to Have It, LLC (collectively, "Plaintiffs"), Defendant Hatteras/Cabo Yachts, LLC ("Hatteras"), and Plaintiff-in-Intervention Travelers Property Casualty Company of America's ("Travelers") Joint Motion of Time to Submit Proposed Scheduling Order, it is hereby

ORDERED that the Motion is GRANTED and the Parties shall have until March 22, 2024 to submit a proposed scheduling order containing deadlines for the remainder of the case.

SO ORDERED. This **28** day of February, 2024.

                _____
                JAMES C. DEVER III
                United States District Judge

2