IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-158-D

| | |
|---|---|
| ROBERT PETERSON, and <br> HAD TO HAVE IT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HATTERAS/CABO YACHTS, LLC, <br> et al., <br><br> Defendants. | ORDER |

Not later than August 23, 2024, the parties shall file a joint update on the status of this long pending case.

SO ORDERED. This 5 day of August, 2024.

JAMES C. DEVER III
United States District Judge